# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1116
Lower Tribunal No. 2021-CF-002444

_____

CHARLES EDWARD BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Daniel P. Dawson, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and David A. Davis, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Zachary L. Wiseman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED